Marshall P. Brown, in his official capacity as Director of Water of the City of Aurora Colorado, Petitioner v. Walker Commercial, Inc., a Colorado Corporation. Respondent No. 21SC390
Supreme Court of Colorado, En Banc
January 24, 2022
 
 Court
 of Appeals Case No. 20CA205
 
 
 
 Petition
 for Writ of Certiorari GRANTED.
 
 
 [REFRAMED]
 Whether the court of appeals erred in holding that C.R.C.P.
 6(b)(2) applies to C.R.C.P. 106 and thus grants trial courts
 discretion to allow untimely C.R.C.P. 106(a)(4) complaints
 upon a finding of excusable neglect.
 
 
 [REFRAMED]
 Whether the court of appeals erred in holding that C.R.C.P.
 6(b)(2)'s excusable neglect standard parallels C.R.C.P.
 60(b)'s excusable neglect standard.
 
 
 [REFRAMED]
 Whether the court of appeals erred in addressing Walker's
 Claim 3 from the amended complaint and remanding the trial
 court's decision.
 
 
 DENIED
 AS TO ALL OTHER ISSUES.
 
 1